UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STERLING J. BLADE, Plaintiff | CIVIL ACTION NO. 1:17-CV-00671 |
| VERSUS | JUDGE DRELL |
| JODY FLOYD, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein; after independent (*de novo*) review of the record including the objections filed herein; and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 59) is DENIED. However, the Court formally warns Plaintiff that any future misrepresentations or omissions in filings may warrant the imposition of sanctions, including dismissal.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas, given Plaintiff's accumulation of three strikes under 28 U.S.C. § 1915(g) in other cases.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 9th day of January 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT